UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>441 FIRST STREET, LLC, et al.,<br><br>        Defendants. | Case No.   5:21-cv-04202-EJD<br><br>**ORDER DISMISSING ACTION** |

Pursuant to the parties' stipulation (Dkt. No. 18) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is DISMISSED.  Plaintiff shall file his motion for attorneys' fees by **February 8, 2021**.

The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: January 25, 2022

                                            EDWARD J. DAVILA
                                            United States District Judge